IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| LAURA and BEN WOOD., as parents and natural guardians of E.A.W., a minor,<br>　　Plaintiff,<br>v.<br><br>ROCKY TOP PHARMACY, INC. d/b/a LONGLEY PHARMACY, JERRY GRIMMITT, and JOHN DOE,<br>　　Defendants. | CIVIL ACTION FILE NO.<br>4:16-cv-00214-HLM |

**STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

**COMES NOW,** Plaintiffs, by and through their undersigned counsel of record, and pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(ii), hereby voluntarily dismisses this action without prejudice. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all parties who have appeared in this action, hereby consent and stipulate to the dismissal of this action without prejudice.

This 17 day of August, 2016.

_/s/ Justin O'Dell_
Justin O'Dell, GA Bar No. 549414
jbo@OdellOneal.com
506 Roswell Street, Suite 210
Marietta, GA 30060
Attorney for the Plaintiffs

_/s/ Myrece Johnson_ (with express permission)
Myrece Johnson, GA Bar No. 940301
Myrece.Johnson@swiftcurrie.com
1355 Peachtree Street NE, Suite 300
Atlanta, GA 30309
Attorney for the Defendants

---

## CERTIFICATE OF SERVICE

This is to certify that the undersigned served a true and accurate copy of ***Consent Stipulation Of Voluntary Dismissal Without Prejudice*** and this certificate by depositing the same in the United States Mail, with sufficient postage affixed thereon to assure delivery and properly addressed as follows:

Myrece Johnson
Myrece.Johnson@swiftcurrie.com
SWIFT CURRIE
1355 Peachtree Street NE, Suite 300
Atlanta, GA 30309

This 17 day of August, 2016.

O'DELL & O'NEAL, P.C.

_____
Justin O'Dell, Georgia Bar No. 549414
Leslee C. Hungerford, GA Bar No. 423578

506 Roswell Street, Suite 210
Marietta, Georgia 30060
JBO@odelloneal.com
(770) 405-0164
Attorney For Plaintiffs

---

*Wood v. Rocky Top Pharmacy*
United States District Court, Nothern District of Georgia
Case No. 4:16-cv-00214-HLM

2